C. L. SCHELLENGER v. THE STATE.

No. 5650. Decided May 26, 1920.

Disloyalty Act—Invalidity of Statute—Companion Case.

Where, in a companion case, the so-called Disloyalty Act, passed by the Fourth Called Session of the Thirty-fifth Legislature was declared invalid, it is not necessary to again pass the law under review, and the judgment of the lower court is reversed and dismissed. Following Ex Parte Meckel, 87 Texas Crim. Rep., 120.

Appeal from the District Court of Cherokee. Tried below before the Honorable L. D. Guinn.

Appeal from a conviction under the Disloyalty Act. Penalty: two years imprisonment in the penitentiary.

The opinion states the case.

*Israel Dreeben,* for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—In this case appellant was convicted under what is known as the Disloyalty Act, passed by the Fourth Called Session of the Thirty-fifth Legislature, and his punishment fixed at

confinement in the penitentiary for a term of two years. It is not necessary to go into an extended statement of the facts in this case, or a discussion of the law relative thereto. In the case of Ex Parte Ben F. Meckel, reported in Vol. 87 Texas Crim. Rep., 120, 220, S. W. Rep., p. 81, this Court held the law under which this conviction was had, invalid, and we have not had any occasion since to change our views regarding same.

The judgment of the lower court will be reversed, and the prosecution will be dismissed.

*Dismissed.*